PEOPLE ex rel. CENTRAL UNION GAS CO., Appellant, v. WELLS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Proceedings by the people of the state of New York, on the relation of the Central Union Gas Company, against James L. Wells and others. J. A. Carver, for appellant. G. S. Coleman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.